1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 PRIYA SIDHU,                                    Case No. 5:22-cv-01603-BLF

          Plaintiff,

8                                                 **CASE MANAGEMENT ORDER**

9      v.

10 BAYER HEALTHCARE
   PHARMACEUTICALS INC.,

11        Defendant.

12

13      On October 19, 2023, the parties appeared before Judge Beth Labson Freeman for a Case

14 Management Conference.  The Court ORDERS as follows:

15      (1)    The presumptive limits on discovery set forth in the Federal Rules of Civil

16             Procedure shall apply to this case unless otherwise ordered by the Court.

17      (2)    The deadline for joinder of any additional parties, or other amendments to the

18             pleadings, is sixty days after entry of this order unless stated otherwise below.

19      (3)    The deadline for the parties to meet, confer, and submit a stipulation and order

20             setting all deadlines not set by the Court below, including discovery cut-offs and

21             expert disclosure deadlines, is November 13, 2023.

22      (4)    All disputes with respect to disclosures or discovery are referred to the assigned

23             Magistrate Judge.

24      (5)    Unless previously ordered or stipulated, the parties shall meet and confer further in

25             order to reach an agreement on an ADR process within 10 days of the date of this

26             Order. Within that same time frame, the parties shall either (1) file the form entitled

27             "Stipulation and (Proposed) order Selecting ADR Process" if an agreement is reached,

28             or (2) file the form entitled "Notice of Need of ADR Phone Conference".

United States District Court
Northern District of California

United States District Court
Northern District of California

1   (6)     The parties shall comply with the Court's standing orders, which are available on

2           the Court's website and in the Clerk's Office.

3       IT IS FURTHER ORDERED THAT Case Referred to Private Mediation; to be completed

4       by 8/30/2024.

5       IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this

6   case:

7

8

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Request Leave to Amend the Pleadings per F.R.Civ.P 15 | 60 Days from Date of this Order |
| Last Day File Motion Class Certification | 6/28/2024 |
| Last Day to Hear Dispositive Motions | 6/26/2025 at 9:00 AM |
| Final Pretrial Conference | 10/2/2025 at 1:30 PM |
| Trial | 11/3/2025 at 9:00 AM |

Dated:  October 23, 2023

_____
BETH LABSON FREEMAN
United States District Judge

2