**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: mroberts@bursor.com

*Attorneys for Plaintiff*

**DLA PIPER LLP (US)**
Ilana H. Eisenstein (pro hac vice)
ilana.eisenstein@us.dlapiper.com
Rachel A.H. Horton (pro hac vice)
rachel.horton@us.dlapiper.com
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel: 215.656.3300
Fax: 215.656.3301

[additional counsel on signature page]

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIYA SIDHU, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>BAYER HEATHCARE PHARMACEUTICALS, INC.,<br><br>                 Defendant. | Case No. 5:22-CV-01603-BLF<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:    Hon. Beth Labson Freeman<br>Dept.:    Courtroom 6, 4th Floor |

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Priya Sidhu and Defendant Bayer

2   Healthcare Pharmaceuticals, Inc. hereby stipulate to a dismissal of this action with prejudice.  Each

3   party shall bear its own fees and costs.

4   Dated: May 10, 2024              **BURSOR & FISHER, P.A.**

5
                                     By: */s/ Max S. Roberts*
6
                                     Max S. Roberts (*Pro Hac Vice*)
7                                    1330 Avenue of the Americas, 32nd Floor
                                     New York, NY 10019
8                                    Telephone: (646) 837-7150
                                     Facsimile:  (212) 989-9163
9                                    E-Mail: mroberts@bursor.com

10
                                     **BURSOR & FISHER, P.A.**
11                                   L. Timothy Fisher (State Bar No. 191626)
                                     1990 North California Blvd., Suite 940
12                                   Walnut Creek, CA 94596
                                     Telephone: (925) 300-4455
13                                   Facsimile:  (925) 407-2700
                                     E-mail: ltfisher@bursor.com
14
                                     *Attorneys for Plaintiff*
15

16
    Dated: May 10, 2024              **DLA PIPER LLP (US)**
17

18
                                     By: */s/ Isabelle L. Ord*
                                          Isabelle L. Ord
19

20                                   Isabelle L. Ord (Bar No. 198224)
                                     isabelle.ord@us.dlapiper.com
21                                   Tia Q. Nguyen (Bar No. 338778)
                                     tia.nguyen@us.dlapiper.com
22                                   555 Mission Street, Suite 2400
                                     San Francisco, California 94105-2933
23                                   Telephone: (415) 836-2500
                                     Facsimile:  (415) 836-2501
24

25                                   **DLA PIPER LLP (US)**
                                     Christopher G. Campbell (*pro hac vice*)
26                                   christopher.campbell@us.dlapiper.com
                                     One Atlantic Center
27                                   1201 W. Peachtree St. NE #2900
                                     Atlanta, GA 30309
28

1

Tel: 404.736.7800
Fax: 404.682.7800

2

3

**DLA PIPER LLP (US)**
Ilana H. Eisenstein (*pro hac vice*)
ilana.eisenstein@us.dlapiper.com
Rachel A.H. Horton (*pro hac vice*)
rachel.horton@us.dlapiper.com
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel: 215.656.3300
Fax: 215.656.3301

4

5

6

7

8

9

*Attorneys for Defendant*

10

### **ATTESTATION**

11

12

I, Max S. Roberts, am the ECF user whose credentials were utilized in the electronic filing

13

of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories

14

listed, and on whose behalf the filing is submitted, concurred in the filing of this document.

15

By: */s/ Max S. Roberts*
        Max S. Roberts

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
CASE NO. 5:22-CV-01603-BLF

2