| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-mail: ltfisher@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Max S. Roberts (*Pro Hac Vice*)<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile:  (212) 989-9163<br>E-Mail: mroberts@bursor.com<br><br>*Attorneys for Plaintiff* | **DLA PIPER LLP (US)**<br>Ilana H. Eisenstein (pro hac vice)<br>ilana.eisenstein@us.dlapiper.com<br>Rachel A.H. Horton (pro hac vice)<br>rachel.horton@us.dlapiper.com<br>One Liberty Place<br>1650 Market Street, Suite 5000<br>Philadelphia, PA 19103<br>Tel: 215.656.3300<br>Fax: 215.656.3301<br><br>[additional counsel on signature page]<br><br>*Attorneys for Defendant* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIYA SIDHU, individually and on behalf of all others similarly situated,<br><br>                                 Plaintiff,<br><br>   v.<br><br>BAYER HEATHCARE PHARMACEUTICALS, INC.,<br><br>                                Defendant. | Case No. 5:22-CV-01603-BLF<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:    Hon. Beth Labson Freeman<br>Dept.:    Courtroom 6, 4th Floor |



APPROVED
Judge Beth Labson Freeman

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Priya Sidhu and Defendant Bayer Healthcare Pharmaceuticals, Inc. hereby stipulate to a dismissal of this action with prejudice. Each party shall bear its own fees and costs.

Dated: May 10, 2024    **BURSOR & FISHER, P.A.**

By: /s/ Max S. Roberts

Max S. Roberts (*Pro Hac Vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*

Dated: May 10, 2024    **DLA PIPER LLP (US)**

By: /s/ Isabelle L. Ord
     Isabelle L. Ord

Isabelle L. Ord (Bar No. 198224)
isabelle.ord@us.dlapiper.com
Tia Q. Nguyen (Bar No. 338778)
tia.nguyen@us.dlapiper.com
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

**DLA PIPER LLP (US)**
Christopher G. Campbell (*pro hac vice*)
christopher.campbell@us.dlapiper.com
One Atlantic Center
1201 W. Peachtree St. NE #2900
Atlanta, GA 30309

Tel: 404.736.7800
Fax: 404.682.7800

**DLA PIPER LLP (US)**
Ilana H. Eisenstein (*pro hac vice*)
ilana.eisenstein@us.dlapiper.com
Rachel A.H. Horton (*pro hac vice*)
rachel.horton@us.dlapiper.com
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel: 215.656.3300
Fax: 215.656.3301

*Attorneys for Defendant*

## ATTESTATION

I, Max S. Roberts, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concurred in the filing of this document.

By: */s/ Max S. Roberts*
      Max S. Roberts